# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| ANNA TOVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:25-cv-00785-MTS |
| | ) | |
| MERCY-GOHEALTH URGENT CARE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Joint Motion for Approval of Settlement. Doc. [11]. Though it is unsettled whether federal law requires judicial approval of all settlements under the Fair Labor Standards Act, *see Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1026–27 (8th Cir. 2019); *Huff v. Canterbury Park Holding Corp.*, No. 23-3151, 2024 WL 1714257, at *1 (8th Cir. Apr. 22, 2024) (unpublished per curiam), the Court will review the settlement at the parties' request so as to not leave them in an "uncertain position," *see, e.g.*, *Tanner v. Empire Financing, Co.*, 4:19-cv-0825-SEP, 2020 WL 7316115, at *1 (E.D. Mo. Dec. 11, 2020); *Van Winkle v. Mick Keane's Express Delivery Serv., Inc.*, 4:21-cv-1213-NCC, 2022 WL 1122721, at *1 (E.D. Mo. Apr. 14, 2022); *Smith v. Huggins Metal Finishing, Inc.*, 4:23-cv-0821-MTS, 2024 WL 5046223, at *1 (E.D. Mo. Dec. 9, 2024).

After examining the settlement agreement and the parties' filings, the Court concludes that the litigation involves a bona fide dispute and the settlement the parties

propose is fair and equitable to each side. *See Tanner*, 2020 WL 7316115 at *1–2; *see also Williams v. BPV Mkt. Place Invs., LLC*, 4:14-cv-1047-CAS, 2014 WL 5017934, at *2 (E.D. Mo. Oct. 7, 2014). Thus, the Court will approve the parties' joint proposed settlement.

Accordingly,

**IT IS HEREBY ORDERED** that the Joint Motion for Approval of Settlement Agreement, Doc. [11], is **GRANTED**.

The parties shall file appropriate dismissal papers no later than **Thursday**, **October 30, 2025**. Failure to timely do so will result in the dismissal of this action without further notice.

Dated this 27th day of October 2025.

                                        MATTHEW T. SCHELP
                                        UNITED STATES DISTRICT JUDGE